IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| THEODORE STREATER | § | |
| VS. | § | CIVIL ACTION NO. 9:15-CV-68 |
| SHARON ALLEN, ET AL. | § | |

## MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS

Plaintiff Theodore Streater, a prisoner confined at the Eastham Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying plaintiff's motions for default judgment.

The court has received and considered the Reports and Recommendations of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. Plaintiff filed objections to the Reports and Recommendations.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration of all the pleadings and the relevant case law, the court concludes that plaintiff's objections lack merit.

Accordingly, plaintiff's objections (document no. 37) are **OVERRULED**. The findings of fact and the conclusions of law of the magistrate judge are correct, and the reports and

recommendations of the magistrate judge (document nos. 24 and 32) are **ADOPTED**. Plaintiff's motions for default judgment (document nos. 20 and 31) are **DENIED**.

**SIGNED this 26th day of August, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE